UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
SAFRON CAPITAL CORP., on
behalf of itself and all others similarly
situated,

                        Plaintiff,        24-CV-7750 (VEC)

      -against-                ORDER

MORGAN STANLEY and MORGAN STANLEY
SMITH BARNEY LLC, *d/b/a Morgan Stanley
Wealth Management*

                      Defendants.
-------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    WHEREAS the deadline for Defendants to answer, move against, or otherwise respond to the Complaint in this matter is currently set for December 16, 2024 (Dkts. 11, 12);

    WHEREAS on November 21, 2024, the parties filed a joint letter motion seeking to consolidate this case with the related case *Estate of Bernard J. Sherlip v. Morgan Stanley et al.*, 24-cv-4571 (Dkt. 32), which, if granted, would render moot the Complaint and any answer, motion to dismiss, or other response; and

    WHEREAS on November 27, 2024, the parties, pursuant to the Court's order, filed a joint letter apprising the Court of their views on whether this case should also be consolidated with *McKinney v. Morgan Stanley et al.*, 24-cv-8860 (Dkt. 36).

    IT IS HEREBY ORDERED that the deadline for Defendants to move against, answer, or otherwise respond to the Complaint is ADJOURNED *sine die* pending the Court's resolution of the outstanding issues regarding consolidation.

**SO ORDERED.**

Date: **December 5, 2024**
       **New York, New York**

                                              **VALERIE CAPRONI**
                                            **United States District Judge**